# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT    ⍵
ON ___5/10/2013___
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America
v.
Darrius Trevon Davis

)
)
)
)
)
)
)
)

Case No:   4:06-CR-60-1BO

USM No:   25448-056

Date of Original Judgment:          05/04/2007
Date of Previous Amended Judgment:   10/21/2009
*(Use Date of Last Amended Judgment if Any)*

Thomas P. McNamara
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  130 months            months **is reduced to**  120 months

This sentence consists of a term of 120 months on Counts 1, 3, 4 and 5 and a term of 60 months on Count 2, all to run concurrently.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 4, 2007, and October 21, 2009 shall remain in effect. **IT IS SO ORDERED.**

Order Date:   *5-10-13*

*Judge's signature*

Effective Date: _____
            *(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011